# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Donald R. Cowan, )
    Plaintiff, )
)
v. )   Case No. 1:24-CV-03099-ACR
)
Federal Communications Commission, et al. )
)
)
Defendants. )

### PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201

Plaintiff Donald R. Cowan, *Pro Se*, respectfully moves this Court to take Judicial Notice of the following legal mandates and adjudicative facts. Under Fed. R. Evid. 201(c)(2), this Court must take judicial notice if a party requests it and the court is supplied with the necessary information.

**I. Mandatory Liberal Construction for Pro Se Litigants** Plaintiff requests judicial notice of the mandatory standard of review for pro se pleadings as an indisputable matter of federal law:

- **The Mandate:** "A document filed pro se is 'to be liberally construed,' and 'a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.'" *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quoting *Haines v. Kerner*, 404 U.S. 519, 520 (1972)).

- **Indisputability:** This standard applies regardless of the litigant's specific educational background or perceived "technical competence."

**II. Mandatory Duty to Compel Action Under APA § 706(1)** Plaintiff requests judicial notice of the Court's statutory duty under the Administrative Procedure Act:

- **The Mandate:** "The reviewing court shall—(1) compel agency action unlawfully withheld or unreasonably delayed; and (2) hold unlawful and set aside agency action... found to be (B) contrary to constitutional right." 5 U.S.C. § 706.

- **Relevance:** Judicial notice is required to establish that this Court—having exclusive jurisdiction via the Hobbs Act—possesses a mandatory, non-discretionary duty to intervene when agency inaction results in a constitutional injury.

**III. Unreasonable Delay Under the TRAC Factors** Plaintiff requests judicial notice that the FCC's indefinite delay is "unreasonable" as a matter of law under the D.C. Circuit's TRAC factors (*Telecommunications Research & Action Center v. FCC*, 750 F.2d 70):

1. **Rule of Reason:** The FCC's "review" is a de facto permanent punishment with no "path forward."

2. **Effect of Delay:** The injury is an ongoing violation of a Second Amendment right (self-defense) used to deny a First Amendment benefit (licensure).

3. **The "TRAC Trap" (Competing Priorities):** No administrative priority outweighs a fundamental constitutional duty.

4. **Substitution of Judgment:** Plaintiff seeks a final decision, not a policy change, which is a pure question of legal duty.

5. **Presumption of Regularity:** The FCC's 8-year pattern of stalling ~200 "Person Crimes" applications to avoid the mandatory hearing procedures of 47 U.S.C. § 309(e) strips the agency of any presumption of regularity.

IV. **The Interdependence of Constitutional Rights** Plaintiff requests judicial notice of the Unconstitutional Conditions Doctrine:

- **The Mandate:** The government "may not deny a benefit to a person on a basis that infringes his constitutionally protected interests—especially, his interest in freedom of speech." *Perry v. Sindermann*, 408 U.S. 593, 597 (1972).

- **Unified Controversy:** The Court must notice that the FCC's delay is conditioned on a state conviction (the "upstream cause") that lacks a historical analogue under *Bruen* and *Rahimi*.

V. **Rule 7(m) Certificate of Conferral**

Pursuant to Local Civil Rule 7(m), I, Donald R. Cowan, Plaintiff *pro se*, hereby certify that I have conferred in good faith with counsel for all Defendants regarding the relief requested in this motion.

- **Conferral with Federal Defendant:** On December 29, 2025, I conferred via email with Derrick A. Petit, Assistant United States Attorney, counsel for the Federal Communications Commission. Counsel stated that the Federal Defendant **objects** to the relief requested in this motion.

- **Conferral with State Defendants:** On December 29, 2025, I conferred via email with Jesse S. Ogle, Assistant Oklahoma Attorney General, counsel for Defendants Vicki Behenna and Steven Kunzweiler. Counsel stated that the State Defendants **object** to the relief requested in this motion.

VI. **CONCLUSION**

Because these facts and legal mandates are not subject to reasonable dispute, this Court must take judicial notice. This notice establishes that the controversy is an integrated federal

issue centered in D.C., and that this Court is the only proper forum capable of redressing the systemic procedural abuse by the FCC.

Dated: December 29, 2025

Respectfully submitted,

*/s/ Donald R. Cowan*
Donald R. Cowan, B.S.
Criminal Justice Administration & Ethics
*(Constitutional & Procedural Law Focus)*
Pro Se for the Plaintiff
3768 SE 48th PL, Oklahoma City,
Oklahoma 73135 | (405) 708-1756
Email: Cowan.Radio@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **December 29, 2025**, a true and correct copy of the foregoing *"PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201"* was served upon all counsel of record in this case via the Court's Electronic Case Filing (ECF) system.

**A true and correct copy of the conferral email sent to counsel on December 26, 2025, is attached hereto** as **Exhibit A**. The ECF system will generate and send a Notice of Electronic Filing (NEF) to the following parties and their counsel:

**Jesse S. Ogle** | Assistant Oklahoma Attorney General
Oklahoma Attorney General, OK Bar No. 34275
Attorney for Viki Behenna and Steven Kunzweiler
313 NE 21st Street, Oklahoma City, OK 73105
Telephone: 405.522.2921| jesse.ogle@oag.ok.gov

**Derrick A. Petit** | Assistant United States Attorney
Civil Division, U.S. Attorney's Office, D.C. No. 144466
Attorney for the Federal Communications Commission
601 D Street, NW, Washington, D.C. 20530
Derrick.Petit@usdoj.gov
(202) 252-7269


*/s/ Donald R. Cowan*
Donald R. Cowan, B.S.
Criminal Justice Administration & Ethics
*(Constitutional & Procedural Law Focus)*
Pro Se for the Plaintiff
3768 SE 48th PL, Oklahoma City,
Oklahoma 73135 | (405) 708-1756
Email: Cowan.Radio@gmail.com