# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald R. Cowan,        ) | |
|     Plaintiff,        ) | |
|                               ) | |
|     v.        ) | Case No. 1:24-CV-03099-ACR |
|                               ) | |
| Federal Communications Commission, et al.  ) | |
|                               ) | |
|                               ) | |
| Defendants.        ) | |

**PLAINTIFF'S NOTICE OF ERRATA REGARDING THE COURT'S JULY 10, 2025**

**ORDER [ECF NO. 22]**

      Plaintiff Donald R. Cowan hereby submits this Notice of Errata to respectfully alert the Court to a minor but materially significant factual discrepancy in the record as summarized in the Court's Order dated July 10, 2025 [ECF No. 22].

**1. The Correction**

      On page 1 of the Order, the Court summarizes the FCC's response to Plaintiff's application as follows:

*"That same month, the FCC responded that it was 'reviewing its policies regarding certain types of **defenses**, and your application is in that category.'"* (Emphasis added).

Plaintiff notes that the underlying administrative record—specifically the FCC's direct correspondence cited in the Amended Complaint [ECF No. 28, at 5, ECF No. 1-1]—actually states that the Commission is:

*"...reviewing its policies regarding certain types of **offenses**, and your application is in that category."* (Emphasis added). See also attached Exhibit 1 at 9.

2. **Material Significance**

The distinction between "defenses" and "offenses" is central to Plaintiff's "Unified Architecture" theory and his challenge to *Administrative Mission Creep*.

- **"Defenses"** implies a narrow, case-specific legal analysis (e.g., the "Duty to Retreat" under 21 O.S. § 711).

- **"Offenses"** confirms that the Commission is engaged in a broad, standardless policy review of substantive criminal categories. This "offenses" standard lacks a regulatory nexus to spectrum management and triggers the **Major Questions Doctrine**, as the agency is effectively creating new disqualification categories without clear Congressional authorization.

3. **Conclusion**

Plaintiff respectfully requests that the record be clarified to reflect the FCC's focus on "offenses," as this term serves as the operative engine for the agency's "don't call us, we'll call you" posture and the resulting Prior Restraint on Plaintiff's First Amendment activities. A copy of the email has been attached at Exhibit 1.

Dated: January 4, 2026

Respectfully submitted,

/s/ Donald R. Cowan
Donald R. Cowan, B.S.
Criminal Justice Administration & Ethics
*(Constitutional & Procedural Law Focus)*
Pro Se for the Plaintiff
3768 SE 48th PL, Oklahoma City,
Oklahoma 73135 | (405) 708-1756
Email: Cowan.Radio@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **January 4, 2026**, a true and correct copy of the foregoing *"PLAINTIFF'S NOTICE OF ERRATA REGARDING THE COURT'S JULY 10, 2025 ORDER [ECF NO. 22]"* was served upon all counsel of record in this case via the Court's Electronic Case Filing (ECF) system. The ECF system will generate and send a Notice of Electronic Filing (NEF) to the following parties and their counsel:

**Jesse S. Ogle** | Assistant Oklahoma Attorney General
Oklahoma Attorney General, OK Bar No. 34275
Attorney for Viki Behenna and Steven Kunzweiler
313 NE 21st Street, Oklahoma City, OK 73105
Telephone: 405.522.2921| jesse.ogle@oag.ok.gov

**KEVIN L. MCCLURE** | Assistant Oklahoma Attorney General
Oklahoma Attorney General, OBA# 12767
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: Kevin.McClure@oag.ok.gov
Attorney for Defendant Vicki Behenna and Steven Kunzweiler

**Derrick A. Petit** | Assistant United States Attorney
Civil Division, U.S. Attorney's Office, D.C. No. 144466
Attorney for the Federal Communications Commission
601 D Street, NW, Washington, D.C. 20530
Derrick.Petit@usdoj.gov
(202) 252-7269

> */s/ Donald R. Cowan*
> Donald R. Cowan, B.S.
> Criminal Justice Administration & Ethics
> *(Constitutional & Procedural Law Focus)*
> Pro Se for the Plaintiff
> 3768 SE 48th PL, Oklahoma City,
> Oklahoma 73135 | (405) 708-1756
> Email: Cowan.Radio@gmail.com