### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald R. Cowan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-CV-03099-ACR |
| | ) |
| Federal Communications Commission, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF STATE DEFENDANTS' MOTION TO DISMISS

Defendants Gentner Drummond, Vicki Behenna, and Steven Kunzweiler (the "State Defendants"), pursuant to Rule 7(f) of this Court's Standing Order [ECF No. 11], hereby give this Court and the Parties notice of the State Defendants' forthcoming Motion to Dismiss. The basis for the anticipated Motion to Dismiss are as follows:

1. Plaintiff's claims against the State Defendants seek to overturn his First Degree Manslaughter conviction, as well as enjoin the enforcement of 21 O.S. § 711 and declare the same unconstitutional. All of Plaintiff's claims must be dismissed.

2. This Court lacks personal jurisdiction over the State Defendants. Plaintiff has failed to establish State Defendants' minimum contacts with this district. Plaintiff, State Defendants, and the events giving rise to Plaintiff's claims all occurred in Oklahoma. Plaintiff's claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

3. Plaintiff's claims against the State Defendants are barred, in whole or in part, by the doctrines of *res judicata* and collateral estoppel.

4. Plaintiff's claims against the State Defendants are barred, in whole or in part, by the *Rooker-Feldman* doctrine. Plaintiff seeks to overturn his state court criminal conviction in this

Court [ECF No. 28, p. 18], which is expressly prohibited under the doctrine. The *Rooker-Feldman* doctrine bars "a party losing in state court . . . from seeking what in substance would be appellate review of [a] state judgment in a United States district court, based on the losing party's claim that the state judgment itself violates the loser's federal rights." *Johnson v. De Grandy*, 512 U.S. 997, 1005-06, 114 S.Ct. 2647 (1994).

5. Plaintiff lacks Article III standing to bring suit.

6. Plaintiff fails to state a claim under *Ex parte Young*, 209 U.S. 123, 28 S.Ct. 441 (1908), pursuant to Fed. R. Civ. P. 12(b)(6).

7. Plaintiff has failed to state a claim against Defendant Gentner Drummond. Defendant Drummond appears nowhere in the body of the Operative Complaint.

8. State Defendants respectfully request the Court schedule a pre-motion conference, and respectfully request to appear remotely via video conference

        Respectfully submitted,

        /s/ *Jesse S. Ogle*
        **KEVIN L. MCCLURE, OK Bar No. 12767**
        **JESSE S. OGLE, OK Bar No. 34275**
        Assistant Attorneys General
        Oklahoma Attorney General's Office
        313 N.E. 21st Street
        Oklahoma City, Oklahoma 73105
        (405) 521-3921   Fax: (405) 521-4518
        kevin.mcclure@oag.ok.gov
        jesse.ogle@oag.ok.gov

        *Attorneys for Defendants Gentner Drummond, Vicki Behenna and Steven Kunzweiler*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who are ECF participants.

      /s/ *Jesse S. Ogle*
      **Jesse S. Ogle**