# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald R. Cowan,       ) | |
|     Plaintiff,       ) | |
| ) | |
| v.       ) | Case No. 1:24-CV-03099-ACR |
| ) | |
| Federal Communications Commission, et al.  ) | |
| ) | |
| ) | |
| Defendants.       ) | |

**PLAINTIFF'S RESPONSE TO STATE DEFENDANTS' NOTICE OF MOTION TO DISMISS**

Pursuant to Rule 7(f) of the Court's Standing Order, Plaintiff Donald R. Cowan respectfully submits this response to the State Defendants' Notice of Forthcoming Motion to Dismiss.

**I. The Attorney General is a Required Party and Authorized Intervenor**

State Defendants argue for the dismissal of Defendant Gentner Drummond because he allegedly "appears nowhere in the body of the Operative Complaint." This argument ignores that the Attorney General is a named Defendant and an Authorized Intervenor pursuant to Fed. R. Civ. P. 5.1. Because Plaintiff has raised a Facial Constitutional Challenge to 21 O.S. § 711, the Attorney General is a necessary party who must remain in this action to defend the statute's validity, regardless of personal involvement in the underlying 2004 incident.

**II. Count 4 and *Ex Parte Young* Address Ongoing Constitutional Infringement**

Plaintiff's claims are not barred by the *Rooker-Feldman* doctrine. Plaintiff does not seek appellate review of a past judgment, but rather invokes the *Ex parte Young* doctrine to prevent the current and ongoing infringement of his Second Amendment right to armed self-defense.

This right extends to all "arms" in common use, including baseball bats or edged weapons. Because Oklahoma continues to enforce a categorical disability based on a facially void, "Hybrid Felony" statute (21 O.S. § 711), prospective injunctive relief is required to stop the ongoing deprivation of Plaintiff's fundamental rights.

### III. The FCC Policy Relies on a Defunct Federal Felony Analogue

As detailed in Plaintiff's **Emergency Motion to Compel the Administrative Record [ECF No. 74]** and the **Supplement thereto [ECF No. 75]**, the FCC's 1990 Policy Statement defines a disqualifying "felony" by explicitly referencing 18 U.S.C. § 1. Because 18 U.S.C. § 1 was repealed, the only remaining federal analogue for a "one-year-plus" disability is 18 U.S.C. § 922(g)(1). This reliance subjects the State's statutory reporting to the historical tradition test mandated by *Bruen*. The State Defendants cannot dismiss this case before the Administrative Record is produced, as the evidence requested and clarified in **ECF Nos. 74 and 75** is necessary to show how this "phantom" federal definition is being used to suppress Plaintiff's First and Second Amendment rights.

### IV. Conclusion

Leave to file a Dispositive Motion should be denied as premature. The Court lacks the Administrative Record necessary to evaluate the "arbitrary and capricious" nature of the ongoing licensing delay and the facial invalidity of the triggering state statute.

Respectfully submitted,

>  */s/ Donald R. Cowan*
> Donald R. Cowan, B.S.
> Criminal Justice Administration & Ethics
> *(Constitutional & Procedural Law Focus)*
> Pro Se for the Plaintiff
> 3768 SE 48th PL, Oklahoma City,
> Oklahoma 73135 | (405) 708-1756
> Email: Cowan.Radio@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this **January 16, 2026**, a true and correct copy of the foregoing ***"PLAINTIFF'S RESPONSE TO STATE DEFENDANTS' NOTICE OF MOTION TO DISMISS"*** was served upon all counsel of record in this case via the Court's Electronic Case Filing (ECF) system. The ECF system will generate and send a Notice of Electronic Filing (NEF) to the following parties and their counsel:

**Jesse S. Ogle** | Assistant Oklahoma Attorney General
Oklahoma Attorney General, OK Bar No. 34275
Attorney for Viki Behenna and Steven Kunzweiler
313 NE 21st Street, Oklahoma City, OK 73105
Telephone: 405.522.2921| jesse.ogle@oag.ok.gov

**KEVIN L. MCCLURE** | Assistant Oklahoma Attorney General
Oklahoma Attorney General, OBA# 12767
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: Kevin.McClure@oag.ok.gov
Attorney for Defendant Vicki Behenna and Steven Kunzweiler

**Derrick A. Petit** | Assistant United States Attorney
Civil Division, U.S. Attorney's Office, D.C. No. 144466
Attorney for the Federal Communications Commission
601 D Street, NW, Washington, D.C. 20530
Derrick.Petit@usdoj.gov
(202) 252-7269

                                              */s/ Donald R. Cowan*
                                              Donald R. Cowan, B.S.
                                              Criminal Justice Administration & Ethics
                                              *(Constitutional & Procedural Law Focus)*
                                              Pro Se for the Plaintiff
                                              3768 SE 48th PL, Oklahoma City,
                                              Oklahoma 73135 | (405) 708-1756
                                              Email: Cowan.Radio@gmail.com