# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Donald R. Cowan,                                )
        Plaintiff,                        )
                          )
        v.                                   )     Case No. 1:24-CV-03099-ACR
                          )
Federal Communications Commission, et al.  )
                          )
                          )
Defendants.                                  )

## [PROPOSED] FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order granting Plaintiff's Cross-Motion for Summary Judgment, and in accordance with **Federal Rule of Civil Procedure 58**, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. **JUDGMENT** is entered in favor of Plaintiff Donald R. Cowan and against Defendant Federal Communications Commission.

2. **FINDING OF DISCRIMINATORY ENFORCEMENT:** The Court finds that the Commission's continued delay of Plaintiff's application based on "character" is inconsistent with the Commission's own constitutional interpretations in DA 25-57 (Jan. 16, 2025), and therefore constitutes an arbitrary and capricious application of 47 U.S.C. § 308(b).

3. The Commission's 1990 Character Policy Statement (5 FCC Rcd 3252) is hereby **VACATED** as applied to Plaintiff's Amateur Service Application File No. 0011152062, as the policy lacks a clear congressional mandate and relies on a repealed federal statute (18 U.S.C. § 1).

4. **MANDATORY INJUNCTION:** The Commission is **ORDERED** to finalize the processing of Plaintiff's application within fourteen (14) days of this Judgment.

5. **NON-COMMERCIAL EXCLUSION:** In adjudicating said application, and as set forth in the **"Strict Nexus Standard" (Exhibit 1)**, the Commission is **PROHIBITED** from considering any conviction that does not involve a direct violation of the Communications Act or its technical regulations.  For Amateur and Non-Commercial Educational (NCE) licenses, the Commission shall focus exclusively on Truthfulness and Spectrum Integrity.

6. **RULEMAKING REQUIREMENT:** The Commission is further **ORDERED** to formally docket and provide a substantive response to Plaintiff's **"Petition for Rulemaking" (Exhibit 2)** within sixty (60) days, addressing the "standardless patchwork" admitted to on the record and the constitutional necessity of the proposed amendments to 47 C.F.R. § 73.4280.

7. This Court retains jurisdiction to enforce the terms of this Judgment and the timelines set forth herein.

8. This is a **FINAL JUDGMENT** for all purposes, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**


Dated: _____, 2026



_____
**ANA C. REYES**
United States District Judge