UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD R. COWAN,

      Plaintiff,

   v.

FEDERAL COMMUNICATIONS
COMMISSION,

      Defendant.

Civil Action No. 24-3099 (ACR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Take Judicial Notice and Motion to Amend the Second Amended Complaint, Defendant's Opposition, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion to Take Judicial Notice (ECF No. 101) is DENIED, and it is further

ORDERED that Plaintiff's Motion to Amend (ECF No. 102) the Second Amended Complaint (ECF No. 93) is DENIED.

SO ORDERED:


_____             _____
Date                                  ANA C. REYES
                                     United States District Judge